**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dylan Klymenko

Plaintiff,

v.

Case No.: 1:26−cv−05814
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff brought a Schedule A case against a large number of defendants. This Court has concerns about the joinder of so many defendants in a single case. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). Rule 20(a)(2) provides that "[p]ersons... may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." *See* Fed. R. Civ. P. 20(a)(2). No later than one week after the entry of this order, Plaintiff must file a statement and must address with specificity whether the joinder complies with Rule 20. Plaintiff must make a detailed showing that the joinder satisfies all requirements of Rule 20(a)(2). An allegation that all of the defendants are engaged in the same sort of action, or are infringing the same product owned by the same plaintiff, is not enough to satisfy the requirements of joinder. *See Estee Lauder Cosms. Ltd. v. Partnerships & Unincorporated Associations Identified on Schedule A,* 334 F.R.D. 182, 18790 (N.D. Ill. 2020) ("[I]t is not enough for a plaintiff to simply allege that multiple defendants have infringed the same patent or trademark to meet Rule 20's requirements."); *Eicher Motors Ltd. v. Partnerships & Unincorporated Associations Identified on Schedule A,* 794 F. Supp. 3d 543, 55556 (N.D. Ill. 2025); *Bailie v. Partnerships & Unincorporated Associations Identified on Schedule A,* 734 F. Supp. 3d 798, 80204 (N.D. Ill. 2024); *Viking Arm AS v. Partnerships & Unincorporated Associations Identified on Schedule A,* No. 24−cv−01566, 2024 WL 2953105, at *2−3 (N.D. Ill. June 6, 2024). Plaintiff must show cause why this Court should not dismiss all of the defendants (except one). A failure to comply will lead to appropriate relief, including possible dismissal. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.